# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JESS KRUCHOSKI,<br><br>Plaintiff.<br><br>v.<br><br>MIMEDX GROUP, INC. and PARKER H. "PETE" PETIT,<br><br>Defendants. | CIVIL ACTION NO.<br>1:17-CV-00577-LMM |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JESS KRUCHOSKI

Clayton D. Halunen, Mack H. Reed, Stephen M. Premo, Kaarin S. Nelson Schaffer, Christopher J. Moreland, and the law firm of Halunen Law (collectively, "Halunen Law" or "Counsel"), pursuant to Rule 83.1E of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, and for their Motion to Withdraw as Counsel for Plaintiff Jess Kruchoski ("Kruchoski"), respectfully state as follows:

1. Counsel expressed its intent and desire to withdraw to Kruchoski on April 10, 2017 by personally serving a copy of their Notice of Intent to Withdraw on him at his home address. (Ex. A).

2. As reflected in the attached Notice, Counsel has made the required disclosures to Kruchoski under Northern District of Georgia Local Rule 83.1E.

3. On Friday, April 21, 2017, Kruchoski's local counsel informed Halunen Law that it had obtained the consent of Kruchoski to withdraw and would file its consent motion to withdraw that same day.

4. In light of local counsel's withdrawal, Counsel respectfully request the Court waive Local Rule 83.1B(2)'s requirement that designated local counsel sign this filing.

5. As of the date written below, Kruchoski has not consented to Counsel's withdrawal.

WHEREFORE, Counsel respectfully requests that the Court allow them to withdraw as Attorneys of Record for Kruchoski in this action.

April 25, 2017                              Respectfully submitted,

                                              **HALUNEN LAW**

*/s/ Stephen M. Premo*
Clayton D. Halunen (pro hac vice)
MN Bar No. 219721
Mack H. Reed (pro hac vice)
MN Bar No. 398703
Stephen M. Premo (pro hac vice
MN Bar No. 393346
Christopher J. Moreland (pro hac vice)
MN Bar No. 278142
Kaarin S. Nelson Schaffer (pro hac vice)
MN Bar No. 386919
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
halunen@halunenlaw.com
reed@halunenlaw.com
premo@halunenlaw.com
moreland@halunenlaw.com
nelsonschaffer@halunenlaw.com

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH FONT SIZE AND TYPE

I hereby certify that the foregoing was prepared with Times New Roman font in 14-point size, as approved by the Court in N.D. Ga. Local Rule 5.1(c).

I further certify that on April 25, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system causing a true and correct copy of the same to be served upon opposing counsel:

>Joseph D. Wargo
>Shanon J. McGinnis
>WARGO & FRENCH, LLP
>jwargo@wargofrench.com
>smcginnis@wargofrench.com

Respectfully submitted this 25th day of April, 2017.

>*/s/ Stephen M. Premo*
>Stephen M. Premo (*pro hac vice*)
>MN Bar No. 393346